UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH MCKIM

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 13-364-SDD-RLB

## RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 22, 2014. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Commissioner's decision shall be AFFIRMED and Plaintiff's appeal shall be DISMISSED with prejudice.

Baton Rouge, Louisiana, August 19, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA